HAYES H. GABLE III
Attorney at Law
State Bar No. 60368
1001 G Street, Suite 100
Sacramento, CA 95814-0834
(916) 446-3331
FAX: (916) 447-2988
hhgable@gmail.com

Attorney for Defendant
GLADYS TINCO MONDRAGON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | ) Case No.: 2:15-cr-00140-MCE |
| Plaintiff, | ) STIPULATION FOR MODIFICATION OF |
| vs. | ) PRETRIAL RELEASE CONDITION RE: |
|  | ) CURFEW;[PROPOSED] ORDER |
| **GLADYS TINCO MONDRAGON**, | ) |
| Defendant | ) |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Paul A. Hemesath, and defendant Gladys Tinco Mondragon, by and through her attorney of record, Hayes H. Gable III, agree and stipulate that the defendant's special conditions of release (ECF No. 9) be modified as follows:

"14. CURFEW: You shall remain inside your residence every day from 11:00 p.m. to 6:00 a.m., as adjusted by the pretrial

STIPULATION FOR MODIFICATION OF PRETRIAL RELEASE CONDITION RE: CURFEW;[PROPOSED] ORDER

1

services officer for medical, religious services, employment, education, or court-ordered obligation."

    Pretrial Services Officer Renee Basurto approves of the above-stated request.

    Accordingly, the parties respectfully request the Court adopt this proposed stipulation and order the Amended Special Conditions of Pretrial Release, attached hereto, filed and made a part of the record herein.

    Dated: May 3, 2016

                      Respectfully submitted,

                      /s/ Paul A. Hemesath
                      PAUL A. HEMESATH
                      Assistant U.S. Attorney

                      /s/Hayes H. Gable, III
                      HAYES H. GABLE, III
                      Attorney for Defendant
                      GLADYS TINCO MONDRAGON

STIPULATION FOR MODIFICATION OF PRETRIAL RELEASE CONDITION RE: CURFEW;[~~PROPOSED~~] ORDER

**ORDER**

Based upon the foregoing stipulation of the parties and with the agreement of the pretrial services officer, and good cause appearing, the Court grants the defendant's request that the terms of the special conditions of release be modified as set forth above.  The Amended Special Conditions of Pretrial Release is ordered filed.  All other conditions of release are to remain in full force.

Dated:  May 4, 2016.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

STIPULATION FOR MODIFICATION OF PRETRIAL RELEASE CONDITION RE: CURFEW;[~~PROPOSED~~] ORDER