HAYES H. GABLE III
Attorney at Law
State Bar No. 60368
1001 G Street, Suite 100
Sacramento, CA 95814-0834
(916) 446-3331
FAX: (916) 447-2988
hhgable@gmail.com

Attorney for Defendant
GLADYS TINCO MONDRAGON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | ) Case No.: 2:15-cr-00140-MCE |
| Plaintiff, | ) STIPULATION FOR MODIFICATION OF |
| | ) PRETRIAL RELEASE CONDITION RE: |
| vs. | ) ELECTRONIC MONITORING & ORDER |
| **GLADYS TINCO MONDRAGON**, | ) |
| Defendant | ) |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Amanda Beck, and defendant Gladys Tinco Mondragon, by and through her attorney of record, Hayes H. Gable III, agree and stipulate that the defendant's special conditions of release (ECF No. 9) be modified by deleting special condition no. 13, which requires electronic location monitoring.

STIPULATION FOR MODIFICATION OF PRETRIAL RELEASE CONDITION RE:
ELECTRONIC MONITORING & ORDER
1

Pretrial Services Officer Renee Basurto approves of the above-stated request.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

Dated: October 15, 2016

Respectfully submitted,

/s/ Amanda Beck
AMANDA BECK
Assistant U.S. Attorney

/s/Hayes H. Gable, III
HAYES H. GABLE, III
Attorney for Defendant
GLADYS TINCO MONDRAGON

**ORDER**

Based upon the foregoing stipulation of the parties and with the agreement of the pretrial services officer, and good cause appearing, the Court grants the defendant's request that the terms of the special conditions of release be modified as set forth above.   All other conditions of release are to remain in full force.

Dated:  October 17, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

STIPULATION FOR MODIFICATION OF PRETRIAL RELEASE CONDITION RE:
ELECTRONIC MONITORING & ORDER