TASHA PARIS CHALFANT, SBN 207055
Attorney at Law
5701 Lonetree Blvd., Suite 312
Rocklin, California 95765
Telephone: (916) 444-6100
Fax: (916) 930-6093
E-Mail: tashachalfant@gmail.com

Attorney for Defendant
GLADYS MONDRAGON

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:15-CR-0140 MCE |
| Plaintiff, | **REQUEST TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |
| v. | |
| GLADYS MONDRAGON, | |
| Defendant. | |

Ms. Mondragon was released on conditions and is supervised by the Pretrial Services Agency. After consultation with Assistant United States Attorney Paul Hemesath and Pretrial Services Officer Renee Basurto, the defense requests and the government does not oppose, that Ms. Mondragon's conditions of pretrial release be modified as follows.

<u>DELETE</u> the drug testing condition.

All other conditions remain in full force and effect (please see the attached Third Amended Special Conditions of Release).

\\\\\

\\\\\

Respectfully submitted,

Dated: February 7, 2018         /s/Tasha Paris Chalfant
                                TASHA PARIS CHALFANT
                                Attorney for Defendant
                                GLADYS MONDRAGON

Dated: February 7, 2018         /s/ Tasha Paris Chalfant for
                                PAUL HEMESATH
                                Assistant United States Attorney
                                Counsel for Plaintiff

**ORDER**

IT IS SO ORDERED.

Dated: February 8, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE