LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
JESSICA CORRO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JESSICA CORRO, and GLADYS MONDRAGON,<br><br>Defendants. | Case No.: 2:15-CR-140 MCE<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:    August 2, 2018<br>Time:    10:00 a.m.<br>Court:   Hon. Morrison C. England, Jr. |

This matter is presently set for a status conference on May 17, 2018. The case involves allegations of transportation and distribution of controlled substances involving locations ranging from Southern California, Nevada, Utah, and this district. The investigation included a court-authorized wiretap to investigate a drug trafficking organization believed to be based out of Redding, California. The arrest of Ms. Mondragon and Ms. Corro occurred in Orland,

ORDER CONTINUING STATUS
CONFERENCE

California, approximately 100 miles from Sacramento. Ms. Corro and Ms. Mondragon reside in Southern California. Investigation of the events surrounding their alleged participation in this case therefore involves an extensive area spanning at least three states.

Attorney Tasha Chalfant replaced Gladys Mondragon's original counsel, Hayes Gable, after Mr. Gable started treatment for cancer last year. Counsel for Ms. Mondragon and Ms. Corro have provided the government with defense investigation information to consider regarding potential resolution of this matter. They are also engaged in continuing investigation of this matter in support of their request regarding case resolution. In addition, counsel for Ms. Corro is presently engaged in a jury trial before the Court in the matter of *United States v. Saber Shehadeh*, Case No. 2:16-038 MCE. The Shehadeh matter is a mail fraud case involving over 126,000 pages of discovery and is anticipated to take approximately three weeks. Counsel for Ms. Corro therefore needs additional time to meet and confer with co-counsel and the government to discuss potential resolution of this matter.

Plaintiff United States of America by and through Assistant United States Attorney Paul Hemesath/Amanda Beck, and Attorney Tasha Chalfant on behalf of Defendant Gladys Mondragon, and Attorney Todd D. Leras on behalf of Defendant Jessica Corro, stipulate as follows:

1. By this stipulation, Defendants now move to vacate the status conference presently set for May 17, 2108, and request to continue the status conference to August 2, 2018, at 10:00 a.m., and to exclude time between May 17, 2018 and August 2, 2018 under Local Code T-4. The United States does not oppose this request.

2. Due to the volume of discovery in the case and the extensive geographical distance

ORDER CONTINUING STATUS CONFERENCE

between locations relevant to this investigation, defense counsel for Ms. Mondragon and Ms. Corro are engaged in ongoing review of the discovery and defense investigation related to potential defenses in this matter. This investigation is necessary to ensure that potential defenses are explored and discussed with each defendant in the case.

3. Defense counsel for Ms. Mondragon and Ms. Corro represent and believe that failure to grant additional time as requested would deny each of them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. In addition, counsel for Ms. Corro requests the additional time based on his present trial schedule related to the matter of *United States v. Saber Shehaeh.*

4. Based on the above-stated facts, the parties jointly request that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendants in a trial within the time prescribed by the Speedy Trial Act.

5. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of May 17, 2018 to August 2, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B)(iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendants' request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendants in a speedy trial.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the

ORDER CONTINUING STATUS CONFERENCE

period within which a trial must commence.

Assistant U.S. Attorney Amanda Beck and Attorney Tasha Chalfant have reviewed this proposed order and authorized Todd Leras via email to sign it on their behalf.

DATED: May 15, 2018

By    Todd D. Leras for
     AMANDA BECK
     Assistant United States Attorney

DATED: May 15, 2018

By    /s/ Todd D. Leras for
     TASHA CHALFANT
     Attorney for Defendant
     GLADYS MONDRAGON

DATED: May 15, 2018

By    /s/ Todd D. Leras
     TODD D. LERAS
     Attorney for Defendant
     JESSICA CORRO

ORDER CONTINUING STATUS CONFERENCE

# ORDER

Pursuant to the stipulation of the parties and good cause having been shown, it is hereby ordered that the status conference in this matter, scheduled for May 17, 2018, is vacated. A new status conference is scheduled for August 2, 2018, at 10:00 a.m. The Court further finds, based on the representations of the parties and Defendants' request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from May 17, 2018, up to and including August 2, 2018.

IT IS SO ORDERED.

Dated: May 18, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

ORDER CONTINUING STATUS CONFERENCE