TASHA PARIS CHALFANT, State Bar No. 207055
Attorney at Law
5701 Lonetree Blvd., Suite 312
Rocklin, California 95765
Telephone: (916) 444-6100
Facsimile: (916) 930-6093
Email: tashachalfant@gmail.com

Attorney for Defendant
GLADYS MONDRAGON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>GLADYS MONDRAGON AND JESSICA CORRO,<br><br>    Defendants. | 2:15-CR-00140 MCE<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE, AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |

Plaintiff United States of America, by and through its counsel of record, and defendant, GLADYS MONDRAGON, by and through her counsel of record, and defendant, JESSICA CORRO, by and through her counsel of record hereby stipulate as follows:

1. By previous orders, this matter was set for status conference on August 22, 2019.

2. By this stipulation, defendants GLADYS MONDRAGON and JESSICA CORRO seek to continue the matter and to exclude time between August 22, 2019 and October 24, 2019 at 10:00 a.m. under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The discovery in this case includes 150 pages of investigative reports, 976 audio files, 204 pages of transcripts, 13,493 Google Earth files, and hundreds of pages of call logs.

    b) Counsel for the defendants need additional time to locate evidence discussed in the discovery, conduct investigation and interview witnesses thereafter, consult with their clients,

as well as discuss possible resolutions to this case and consult with an immigration attorney.

        c)        Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)        The government does not object to the continuance.

        e)        Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)        For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 22, 2019 to October 24, 2019 inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.        Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: August 20, 2019        /s/TASHA PARIS CHALFANT
                                            TASHA PARIS CHALFANT
                                            Attorney for Defendant
                                            GLADYS MONDRAGON

Dated: August 20, 2019        /s/TODD LERAS
                                            TODD LERAS
                                            Attorney for Defendant
                                            JESSICA CORRO

Dated: August 24, 2019        McGREGOR SCOTT
                                            United States Attorney

                                            /s/PAUL HEMESATH
                                            PAUL HEMESATH
                                            Assistant United States Attorney

## ORDER

The Court, having considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that the failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and that the time from August 22, 2019 to October 24, 2019 inclusive shall be excluded from computation of time within which the trial of the case of GLADYS MONDRAGON and JESSICA CORRO must be commenced under the Speedy Trial Act, pursuant to Local Code T4 (time for defense counsel to prepare and continuity of counsel pursuant to 18 U.S.C.§ 3161(h)(7)(A) and (B)(iv)).

IT IS SO ORDERED.

Dated: August 20, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE