LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
JESSICA CORRO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>JESSICA CORRO, and GLADYS MONDRAGON,<br><br>  Defendants. | Case No.: 2:15-CR-140 MCE<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:   April 16, 2020<br>Time:   10:00 a.m.<br>Court:  Hon. Morrison C. England, Jr. |

This matter was previously set for a status conference/potential change of plea hearing on January 9, 2020. On December 18, 2019, the Court on its own motion by a Minute Order (ECF Docket Entry Number 241) vacated the hearing and re-set the matter for April 16, 2020. The Minute Order directed that the parties file a stipulation, if appropriate, regarding exclusion of time under the Speedy Trial Act.

ORDER CONTINUING STATUS CONFERENCE

The case involves allegations of transportation and distribution of controlled substances involving locations ranging from Southern California, Nevada, Utah, and this district. The investigation included a court-authorized wiretap to investigate a drug trafficking organization believed to be based out of Redding, California. The arrest of Ms. Mondragon and Ms. Corro occurred in Orland, California, approximately 100 miles from Sacramento. Ms. Corro and Ms. Mondragon reside in Southern California. Investigation of the events surrounding their alleged participation in this case therefore involves an extensive area spanning at least three states.

The government has outlined a potential resolution of the case as to both Ms. Corro and Ms. Mondragon. Both defendants face potential consequences relating to their citizenship status if the matter resolves through a negotiated disposition. In addition, defense counsel for both defendants desire to conduct additional research regarding the potential impact of the First Step Act on any proposed disposition. Defense counsel are therefore in need of additional time to conduct investigation and legal research as to the potential consequences of a negotiated settlement.

Plaintiff United States of America by and through Assistant United States Attorney Paul Hemesath, and Attorney Tasha Chalfant on behalf of Defendant Gladys Mondragon, and Attorney Todd D. Leras on behalf of Defendant Jessica Corro, stipulate as follows:

1. By this stipulation, Defendants now move to exclude time between January 9, 2020 and April 16, 2020 under Local Code T-4. The United States does not oppose this request.
2. Due to the volume of discovery in the case and the extensive geographical distance between locations relevant to this investigation, defense counsel for Ms. Mondragon

ORDER CONTINUING STATUS CONFERENCE

and Ms. Corro are engaged in ongoing review of the discovery and defense investigation related to potential defenses and sentence mitigation in this matter. This investigation is necessary to ensure that potential defenses are explored and discussed with each defendant in the case.

3. Defense counsel for Ms. Mondragon and Ms. Corro represent and believe that failure to grant additional time as requested would deny each of them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

4. Based on the above-stated facts, the parties jointly request that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendants in a trial within the time prescribed by the Speedy Trial Act.

5. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*., within which trial must commence, the time period of January 9, 2020 to April 16, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendants' request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendants in a speedy trial.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney Paul Hemesath and Attorney Tasha Chalfant have reviewed this proposed order and authorized Todd Leras via email to sign it on their behalf.

ORDER CONTINUING STATUS CONFERENCE

DATED: January 6, 2020

By <u>*/s/ Todd D. Leras for*</u>
PAUL HEMESATH
Assistant United States Attorney

DATED: January 6, 2020

By <u>*/s/ Todd D. Leras for*</u>
TASHA CHALFANT
Attorney for Defendant
GLADYS MONDRAGON

DATED: January 6, 2020

By <u>*/s/ Todd D. Leras*</u>
TODD D. LERAS
Attorney for Defendant
JESSICA CORRO

ORDER CONTINUING STATUS CONFERENCE

# ORDER

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference in this matter, scheduled by Minute Order for April 16, 2020, is confirmed. The Court further finds, based on the representations of the parties and Defendants' request to exclude time, that the ends of justice served by granting a continuance outweigh the best interests of the public and the Defendants in a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from January 9, 2020, up to and including April 16, 2020.

IT IS SO ORDERED.

DATED: January 7, 2020

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

ORDER CONTINUING STATUS CONFERENCE