TASHA PARIS CHALFANT, SBN 207055
Attorney at Law
5701 Lonetree Blvd., Suite 312
Rocklin, California 95765
Telephone:   (916) 444-6100
Fax:              (916) 930-6093
E-Mail:        tashachalfant@gmail.com

Attorney for Defendant
GLADYS MONDRAGON

# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>          v.<br><br>GLADYS MONDRAGON,<br><br>                              Defendant. | 2:15-CR-00140-MCE-6<br><br>**STIPULATION AND ORDER TO CONTINUE J&S TO OCTOBER 21, 2021** |

    The above matter is currently scheduled for Judgment and Sentencing on September 9, 2021.  The defense is requesting to continue the date to October 21, 2021.

    Ms. Mondragon is currently pregnant and dealing with health issues.  We wish to continue this matter until after the baby is born and Ms. Mondragon has time to recover.

    The parties have no objections to this request.  This is necessary to properly represent the defendant.

///

///

- 1 -

- 2 -

The new date requested for Judgment and Sentencing is **October 21, 2021**, at **10:00 a.m**.  All disclosure dates have previously been satisfied.

                                      Respectfully submitted,

Dated:  September 3, 2021               /s/Tasha Paris Chalfant
                                        TASHA PARIS CHALFANT
                                        Attorney for Defendant
                                        GLADYS MONDRAGON

Dated:  September 3, 2021               /s/Tasha Paris Chalfant for
                                        PAUL HEMESATH
                                        Assistant United States Attorney
                                        Counsel for Plaintiff

**ORDER**

IT IS SO ORDERED.

Dated:  September 7, 2021

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE