TASHA PARIS CHALFANT, SBN 207055
Attorney at Law
5701 Lonetree Blvd., Suite 312
Rocklin, California 95765
Telephone:   (916) 444-6100
Fax:              (916) 930-6093
E-Mail:        tashachalfant@gmail.com

Attorney for Defendant
GLADYS MONDRAGON

# IN THE UNITED STATES OF DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:15-CR-0140-6 TLN |
| Plaintiff, | **DEFENDANT GLADYS MONDRAGON'S SENTENCING MEMORANDUM** |
| v. | |
| GLADYS MONDRAGON, | |
| Defendant. | |

## INTRODUCTION

Defendant GLADYS MONDRAGON submits the following memorandum to the Court for the proceeding scheduled for February 10, 2022. Ms. Mondragon pled guilty to Count One – Misprision of a Felony in violation of 18 U.S.C. §4. She accepted responsibility for her role in the offense.

The presentence report (PSR) finds the applicable offense level is 16 and the criminal history category is I. The advisory guidelines range is 21-27 months. The PSR recommends time served with one year supervised release. (PSR page 4.)

The plea agreement allows the defendant, Ms. Mondragon, to ask for any sentence under 18 U.S.C. §3553(a). (Plea Agreement, p. 2.) It obligates the government to recommend 36 months and a minor role reduction. (Plea Agreement, p. 4.)

Ms. Mondragon joins in probation's recommendation to be sentenced to time served with one year of supervised release pursuant to 18 U.S.C. §3553(a).

This sentence ensures that the public is protected, provides just punishment for the offense, and reflects the seriousness of the offense. This sentence is sufficient, but not greater than necessary, to comply with the statutory purposes of sentencing pursuant to 18 U.S.C. §3553(a) given the nature and circumstances of the offense and the history and characteristics of Ms. Mondragon.

## FACTORS THAT WARRANT A VARIANCE IN ACCORDANCE WITH 18 U.S.C. §3553(a)

An analysis of the factors set forth in 18 U.S.C. §3553, as applied to Ms. Mondragon, reveal the following as relevant in this case.

### *Nature and Circumstances of the Offense*

As noted in the probation report, this investigation took place between September 2014 and July 7, 2015. (PSR ¶6.) Ms. Mondragon was not the target of this investigation and had no ties to the lead defendant. She was only 21 years old when she acted as a courier this one time. (PSR ¶86.) She was under the belief this trip from Los Angeles to Utah involved picking up money, but admits it seemed to have an illegal undertone. (PSR ¶18, 19.) She had no history of drug use or activity and this trip was completely out of character for her. (PSR ¶53, 86.) She was working at a "ranch" and objected to going to Utah, until she was threatened by her boss. (PSR ¶18, 19.) She trusted her childhood friend, the co-defendant, who made the arrangements and communicated with the third-party who gave them driving and other directions. (PSR ¶18, 19.) Ms. Mondragon did not drive the entire trip, until just before they were stopped in Orland, California. (PSR ¶11.) The drugs in the vehicle were found inside the spare tire area of the co-defendant's vehicle and in the co-defendant's purse. (PSR ¶21.)

Per the plea agreement, the government agreed to an adjustment for minor role which should reduce Ms. Mondragon two levels (-2), from level 16 to level 14. (PSR ¶4.) That being said, counsel inadvertently failed to object to this at the time of the final PSR. (PSR ¶24, 26, 30.) Accordingly, counsel now objects and believes the correct guidelines

should be: Base Offense Level 19, Adjustment for Minor Role -2, Adjusted Offense Level (Subtotal) 17, Total Offense Level 14 – Advisory Guideline Range 15-21.

Ms. Mondragon has taken full responsibility for her conduct in this case.

### *History and Characteristics of Gladys Mondragon*

Ms. Mondragon is only 27 years old and this is her first and only offense. During the pendency of this 2015 case, she has matured into a remarkable woman – a responsible, loving mother of three very young children, a dedicated fiancée, and an educated and hard-working medical assistant.

Ms. Mondragon has been in the United States since she was 11 years old and is a permanent resident alien. (PSR ¶45, 46.) Any sentence over one year could catapult her out of this country, the only home she knows. She is extremely close with her parents and sisters whom she sees almost daily. (PSR ¶47.) The man she considers her "father", Jose, has raised her since she was 14 years old and she loves him dearly. (PSR ¶47.)

During the time this case arose, Ms. Mondragon was acting out of character and her parents were temporarily out of the country. Although she began dating her now fiancé, Francisco, in 2013, they were separated when this case arose. (PSR ¶50.) Ms. Mondragon was terrified and remorseful after her arrest and she immediately admitted to her involvement and got her life back on track in every aspect. By 2019, Ms. Mondragon became engaged to Francisco and they now share three young children. Her daughter Eliana is 3, her son Maximiliano is 2, and she recently gave birth to Leonardo in November 2021.

In November 2016, she obtained her Medical Assistant diploma from American Career College. (PSR ¶54.) After the schooling was complete, she promptly obtained a job in the medical field working as a medical assistant. (PSR ¶56.) In 2017, she was given a certificate of completion for completing the SCAN Health Plan's Patient Satisfaction Program. Over two years later, she obtained even better employment with higher income and the ability to be with her children. She has remained with this current employer since 2019 and a copy of her 2021 W-2 is provided. Although she is currently on maternity leave, she is scheduled to return on March 7, 2022. (PSR ¶55.)

Attached as Exhibit "A" please find a report by defense investigator, Frank W. Huntington, III. This contains the educational diploma, certificate and W-2 referenced in this motion as well as family photographs. These were all obtained/taken after her arrest in this case, during her development of becoming a responsible adult.

Ms. Mondragon is mature, intelligent, dedicated, loving, responsible and an amazing young woman. She is an involved mother who works hard with her fiancé to contribute to society so that their children will have a bright future. It is her goal to continue raising her children near her family and she hopes to marry Francisco soon after this case concludes. She wants to continue working in the medical field and has taken great pride in "giving" her patients their Covid vaccines in the pediatric office where she is employed.

Many records were provided to the United States Probation Office which were accurately summarized in the PSR. These records corroborate the representations made during our PSR interview.

**CONCLUSION**

For the reasons set forth above, Ms. Mondragon respectfully requests the Court to sentence her to time served, with one year of supervised release. This will allow her to remain raising her three children, working in the medical field and leading the productive, mature life she has created.

Dated: February 3, 2022

/s/Tasha Paris Chalfant
TASHA PARIS CHALFANT
Attorney for Defendant
GLADYS MONDRAGON