*F.W. HUNTINGTON & ASSOCIATES, INVESTIGATIONS*

California License PI15661



# CONFIDENTIAL
# <u>REPORT OF INVESTIGATION</u>

| | |
|---|---|
| Attention: | **TASHA P. CHALFANT**<br>Attorney at Law<br>5701 Lonetree Blvd. Ste. 312<br>Rocklin, CA 95765 |
| Case Name: | **MONDRAGON, Gladys** |
| Case No.: | 15-0140-TLN |
| Date: | February 3, 2022 |
| Regarding: | Defendant Certificates and Family Pictures |
| By: | Frank W. Huntington, III |

This report contains educational certificates, employment information and family pictures, all dated subsequent to the defendant's July 7, 2015 arrest.

By:

**FRANK W. HUNTINGTON, III**
Investigator, CPI

5150 Fair Oaks Blvd., Ste 101 #327 ▪ Carmichael, CA 95608
Telephone (916) 558-3100 ▪ E-Mail frank@fwhuntington.com ▪ www.fwhuntington.com

American Career College
Medical Assistant Diploma
November 18, 2016



C.L.E.A.R-Increasing Patient Satisfaction
H.E.A.T.-Managing Challenging Patients
August 1, 2017



Gladys's 2021 W2



Gladys Tinoco with Fiancé Francisco Zuniga, daughter Eliana Zuniga (left) and son Maximiliano (right)



Gladys with Eliana, Maximiliano and Francisco;
Eliana's second birthday, August 8, 2020



Gladys with Maximiliano & Eliana



Francisco, Eliana, Santa Claus, (center) Gladys & Maximiliano
December 25, 2020



Eliana



Gladys's Father's (Jose Biurcos) 57th Birthday, February 3, 2021;
Melissa Biurcos (Jose's daughter), Jose, Nicole Tinoco (Gladys's younger sister), Jose's sister
Vanessa Biurcos, Gladys



Jose Biurcos, his wife (Gladys's mother) Gladis Biurcos, Eliana and Maximiliano



Jose and Gladys in front of Gladys's home, Maywood, CA (5/24/2021)



Art by Eliana to her mother



Leonardo, born November 4, 2021



Newborn Leonardo



Gladys with Leonardo



Francisco, Eliana, Leonardo, Gladys and Maximiliano



Leonardo

