TASHA PARIS CHALFANT, #207055
Attorney at Law
5701 Lonetree Blvd., Suite 312
Rocklin, California 95765
Tel: 916-444-6100/Fax 916-930-6093
tashachalfant@gmail.com

Attorney for Defendant
GLADYS MONDRAGON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> GLADYS MONDRAGON, <br><br> Defendant. | Case No. Cr.S. 2:15-Cr-00140-TLN <br><br> ORDER TO EXONERATE BOND <br><br> Judge: Hon. Carolyn K. Delaney |

  Defendant Gladys Mondragon was arrested in this matter on July 9, 2015, and a CJA attorney was appointed to represent her. By 2017, that CJA attorney had to be relieved for personal reasons and the undersigned counsel was appointed through CJA on May 9, 2017.

  On July 13, 2015, Magistrate Judge Carolyn K. Delaney ordered Ms. Mondragon be released (Dkt. 8) on a $100,000 partially secured bond (Dkt. 11), partially secured by real property located 5522 Rayborn Street, Lynwood, California 90262, property of Jose Biurcos.

  On that same day, an unsecured bond in the amount of $100,000 was filed with the court (Dkt. 11).

  On July 27, 2015, as ordered by the Court, Jose Biurcos filed with the Los Angeles County Recorder's Office a Deed of Trust (#20150911728) on the listed property conveying a partial interest to the Clerk of the Eastern District of California (Attachment A). For some unknown reason, there is no indication that said deed was ever entered on the docket of this case.

Ms. Mondragon has fulfilled all her obligations to the Court while on pre-release and on February 10, 2022, was sentenced to time served.

Since Ms. Mondragon is no longer on pre-trial release conditions, counsel requests that the Clerk of the Court issue a Reconveyance of the listed property back to Jose Biurcos for the property located at 5522 Rayborn Street, Lynwood, California 90262.

The government has no opposition to this request.

Dated:  February 23, 2022                    Respectfully submitted,


                                             /s/Tasha Paris Chalfant
                                             TASHA PARIS CHALFANT
                                             Attorney for Defendant
                                             GLADYS MONDRAGON

**ORDER**

The Court finds that Ms. Gladys Mondragon was released pursuant to a $100,000 bond and that a deed of trust filed on July 27, 2015, was not recorded by the Clerk of the Court.

Ms. Mondragon was sentenced to time served and satisfied all of her pre-trial release conditions to the Court.

THEREFORE, it is hereby ORDERED that the Clerk of the Court reconvey to Jose Biurcos the Deed of Trust, #20150911728, filed by him on July 27, 2015.

Dated:  February 25, 2022

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE